MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
          jesse.ransom@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8, <br><br> Plaintiff, <br> vs. <br><br> TERRA BELLA OWNERS ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTON COLLECTIONS LLC, <br><br> Defendants. | Case No.: 2:16-cv-00654 <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC; <br><br> Counter/Cross Claimant, <br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8; JOHN P. FERRARO; MARCHELLA M. | |

{40429734;1}

FERRARO

Counter/Cross Defendants.

The Bank of New York Mellon fka The Bank of New York, As Trustee for the Certificateholders of the CWALT, Inc., hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **The Bank of New York Mellon** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **The Bank of New York Mellon** and requests MELANIE D. MORGAN, ESQ., and JESSE A. RANSOM, ESQ. receive all future notices.

Respectfully submitted, this 23rd day of January, 2017.

**AKERMAN LLP**

/s/ *Jesse A. Ransom, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40429734;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 23rd day of January, 2017 and pursuant to FRCP 5, I caused to be served via the CM-ECF electronic filing system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, to the following:

Jay Hampton, Esq.
Miles Hampton, Esq.
Hampton & Hampton, P.C.
880 Seven Hills Drive
Henderson, Nevada 89052
*Attorneys for Defendant Hampton & Hampton Collections, LLC*

Diane Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks. Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

Kaleb D. Anderson, Esq.
Megan H. Hummel, Esq.
Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive
Las Vegas, Nevada 89144
*Attorneys for Terra Bella Owners' Association*

   */s/ Renee Livingston*
   An employee of AKERMAN LLP

{40429734;1}