DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>TERRA BELLA OWNERS ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTON COLLECTIONS LLC,<br>　　　　　　　　　Defendants.<br><br>AND RELATED CASES | Case No.: 2:16-cv-00654-APG-DJA<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8 (**BoNYM**) and SFR Investments Pool 1, LLC by and through their counsel of record, have reached a settlement in principle and the settlement agreement has been executed by the Parties. Separately, BoNYM and Terra Bella Owners' Association have also reached

52768004;1

a settlement in principal. Based thereon, the Parties stipulate to stay litigation for ninety (90) days to allow for the parties to perform a condition precedent to the settlements and finalize the settlements. Respectfully submitted, this 24th day of April, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON PC** |
|---|---|
| /s/ Jamie K. Combs | /s/ David T. Ochoa |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorneys The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8* | *Attorneys for Terra Bella Owners Association* |

**KIM GILBERT EBRON**

/s/ Jacqueline A. Gilbert
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED** that litigation is stayed 90 days and a status report is due by July 31, 2020. Further, the April 24, 2020, deadline for filing dispositive motions and the May 26, 2020 deadline for filing a joint pretrial order are hereby vacated.

Dated: April 27, 2020.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00654-APG-DJA

2

52768004;1