DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA BELLA OWNERS ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTONCOLLECTIONS LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross- Claimant,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8; JOHN P. FERRARO, an individual; and MARCHELLA M. FERRARO, an individual,<br><br>Counter/Cross- Defendants. | Case No. 2:16-cv-00654-APG-DJA<br><br>**JUDGMENT BY DEFAULT AGAINST JOHN P. FERRARO AND MARCHELLA M. FERRARO** |

### JUDGMENT BY DEFAULT AGAINST JOHN P. FERRARO AND MARCHELLA M. FERRARO

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Motion for Judgment by Default against John P. Ferraro and Marchella M. Ferraro ("The Ferraros" or "Cross-Defendants"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On June 13, 2016, SFR filed a Cross-Claim [ECF No. 32] for quiet title and injunctive relief against the Ferraros, relating to real property located at **9501 Canyon Hollow Avenue, Las Vegas, Nevada 89149; Parcel No. 125-18-710-013** ("the Property").

2. The Ferraros failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against the Ferraros on January 10, 2020.

3. The Ferraros are not incompetent, infants, or serving in the United States military.

4. SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Abelson.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants, John P. Ferraro and Marchella M. Ferraro, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

…

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

UNITED STATES DISTRICT COURT JUDGE

Dated: June 2, 2020.

*Respectfully submitted by:*

**KIM GILBERT EBRON**

 /s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 24th day of April, 2020.