MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a
The Bank of New York, as Trustee for the
Certificateholders of the CWALT, Inc., Alternative
Loan Trust 2007-AO8 Mortgage Pass-Through
Certificates, Series 2007-AO8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8, | Case No.: 2:16-cv-00654-APG-DJA |
| Plaintiff, | **STATUS REPORT REGARDING SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE STAY OF LITIGATION** |
| vs. | |
| TERRA BELLA OWNERS ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTON COLLECTIONS LLC, | |
| Defendants. | |

AND RELATED CASES

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8 (**BoNYM**) and SFR Investments Pool 1, LLC by and through their counsel of record, have reached a settlement in principle and the settlement agreement has been executed by the Parties. Separately, BoNYM and Terra Bella Owners' Association have also reached

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52768004;1

1    a settlement in principal. The parties are still in the process of performing condition precedents as to

2    each of the settlement agreements. The completion of the settlements have been delayed as a result of

3    COVID-19.  Based thereon, the parties stipulate to stay litigation for an additional ninety (90) days to

4    allow for the parties to complete the terms of the settlement agreements and submit a stipulation of

5    dismissal.

6    Respectfully submitted, this 31st day of July, 2020.

7    **AKERMAN LLP**                                                  **LIPSON NEILSON PC**

8     */s/ Jamie K. Combs*                                           */s/ David T. Ochoa*
     MELANIE D. MORGAN, ESQ.                              KALEB D. ANDERSON, ESQ.
9    Nevada Bar No. 8215                                            Nevada Bar No. 7582
     JAMIE K. COMBS, ESQ.                                     DAVID T. OCHOA, ESQ.
10   Nevada Bar No. 13088                                         Nevada Bar No. 10414
     1635 Village Center Circle, Suite 200                 9900 Covington Cross Drive, Suite 120
11   Las Vegas, Nevada 89134                               Las Vegas, Nevada 89144

12
     *Attorneys for BoNYM*                                     *Attorneys for Terra Bella Owners Association*
13

14   **KIM GILBERT EBRON**

15    */s/ Diana S. Ebron*
     DIANA S. EBRON, ESQ.
16   Nevada Bar No. 10580
     JACQUELINE A. GILBERT, ESQ.
17   Nevada Bar No. 10593
     KAREN L. HANKS, ESQ.
18   Nevada Bar No. 9578
     7625 Dean Martin Drive, Suite 110
19   Las Vegas, NV 89139

20
     *Attorneys for SFR Investments Pool 1, LLC*
21

22       **IT IS SO ORDERED** that litigation shall remain stayed an additional 90 days. The parties

23   shall file dismissal documents or a status report by October 29, 2020.

24       **DATE:**   August 3, 2020

25

26

27                                                             UNITED STATES DISTRICT JUDGE
                                                                 Case No.: 2:16-cv-00654-APG-DJA
28

2

AKERMAN LLP
1632 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52768004;1