Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA BELLA OWNERS ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTONCOLLECTIONS LLC,<br><br>Defendants. | Case No. 2:16-cv-00654-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND STAY** |

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8 (BNYM) and SFR Investments Pool 1, LLC by and through their counsel of record, have reached a settlement in principle and the settlement agreement has been executed by the Parties. The completion of this settlement has been delayed as a result of COVID-19. Separately, BNYM and Terra Bella Owners' Association have also reached a settlement in principal. BNYM and Terra Bella are still in the process of finalizing the settlement agreement, but anticipate their settlement agreement should be completed within the next 30 days. Based thereon, the parties stipulate to stay litigation for an additional ninety (90) days to allow for the parties to complete the terms of the settlement agreements and submit

stipulations of dismissal.

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 29th day of October, 2020.           DATED this 29th day of October, 2020.

**KIM GILBERT EBRON**                            **AKERMAN LLP**

*/s/ Diana S. Ebron*                             */s/ Jamie K. Combs*
DIANA S. EBRON, ESQ.                             ARIEL E. STERN, ESQ.
Nevada Bar No. 10580                             Nevada Bar No. 8276
7625 Dean Martin Drive, Suite 110                MELANIE D. MORGAN, ESQ.
Las Vegas, Nevada 89139                          Nevada Bar No. 8215
*Attorneys for SFR Investments Pool 1, LLC*      JAMIE K. COMBS, ESQ.
                                                 Nevada Bar No. 13088
                                                 1635 Village Center Circle, Suite 200
                                                 Las Vegas, Nevada 89134
                                                 *Attorneys for The Bank of New York Mellon*

DATED this 29th day of October, 2020.

**LIPSON NEILSON LLP**

*/s/ David T. Ochoa*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Terra Bella Owners Association*

**IT IS SO ORDERED** that litigation shall remain stayed an additional 90 days. BNYM and Terra Bella shall file their dismissal documents or a status report by November 30, 2020. BNYM and SFR shall file their dismissal documents or a status report by January 27, 2021.

DATED this __30th__ day of __October__, 2020.

_____
DISTRICT COURT JUDGE

- 2 -

55209431;1