# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON,

    Plaintiff

v.

TERRA BELLA OWNERS ASSOCIATION, INC., et al.,

    Defendants

Case No.: 2:16-cv-00654-APG-DJA

**Order Setting Deadline for Further Action**

I ORDER that by February 12, 2021, plaintiff The Bank of New York Mellon must take action to either enforce or dismiss its claims against defendant Hampton & Hampton Collections LLC.  If the plaintiff does not take action by that date, I will dismiss the claims without prejudice.

DATED this 28th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE