MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AO8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AO8,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA BELLA OWNERS ASSOCIATION, INC.; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTON COLLECTIONS LLC,<br><br>Defendants.<br><br>AND RELATED CASES | Case No.: 2:16-cv-00654-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST TERRA BELLA OWNERS ASSOCIATION, INC.** |

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-AO8 Mortgage Pass-Through Certificates, Series 2007-AO8 (**BoNYM**) and Terra Bella Owners' Association, by and through their counsel of record, stipulate to dismiss BoNYM's claims against Terra Bella with prejudice, with each party to bear its own attorneys' fees and costs.

56639444;1

**IT IS SO STIPULATED.**

Dated this 23rd day of February, 2021.

| AKERMAN LLP | LIPSON NEILSON PC |
|---|---|
| */s/ Jamie K. Combs* | */s/ David T. Ochoa* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorneys for BoNYM* | *Attorneys for Terra Bella Owners Association* |

**ORDER**

IT IS SO ORDERED.

DATE: February 23, 2021

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00654-APG-DJA

AKERMAN LLP
1632 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

56639444;1